No. 861. CHEMUNG CANAL TRUST CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William Flannery* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 862. ST. LOUIS SOUTHWESTERN RAILWAY CO. *v.* BOATMEN'S NATIONAL BANK OF ST. LOUIS. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. H. Kiskaddon* for petitioner. *Mr. Charles Claflin Allen, Jr.,* for respondent.

No. 874. LYKES BROS. STEAMSHIP CO., INC. *v.* ESTEVES. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Newton Rayzor* for petitioner. No appearance for respondent.

No. 888. BETTER PACKAGES, INC. *v.* L. LINK & CO., INC. ET AL. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Nelson Littell* and *Edmund Quincy Moses* for petitioner. *Mr. Frederic P. Warfield* for respondents.

Nos. 920 and 921. LOVELL, EXECUTOR, ET AL. *v.* UNITED MILK PRODUCTS CORP. ET AL. May 13, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for